**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| DEBTOR'S NAME | CASE NUMBER | DATE OF LAST PAYMENT | ESTIMATED AMOUNT OF ARREARAGE *AS OF 08/25/2014 # of months: 0 |
|---|---|---|---|
| **MICHAEL VINCENT TAYLOR** **MICHELLE LYNN TAYLOR** | 14-50170 | 08/19/2014 | $0.00 |

### TRUSTEE'S PETITION TO DISMISS AND NOTICE OF HEARING

Herbert L. Beskin, Trustee of the estate of the above captioned Chapter 13 Debtors, respectfully reports: That he is the duly appointed and qualified Standing Trustee and that the Debtors aforementioned have failed to provide sufficient funding to pay 100% to unsecured creditors as required by Order Confirming Plan entered on 5/19/2014 .

**PLEASE TAKE NOTICE** that on **November 05, 2014** at **9:30 A.M.**, in United States Bankruptcy Courtroom, 2nd Floor, US Courthouse, 116 North Main Street, Harrisonburg, VA  22802-the Trustee will present and argue the foregoing Petition to Dismiss.

***The Trustee may request immediate dismissal of the case unless Debtors and Debtors' counsel have consulted in advance with the Trustee's office regarding a proposal to cure their delinquency in plan payments or have filed an amended plan no later than 48 hours in advance of the hearing scheduled above.***

I hereby certify that on August 25, 2014, copies of this Petition and Notice have been mailed to, Debtors, MICHAEL VINCENT TAYLOR, MICHELLE LYNN TAYLOR, 58 INCH RUN LANE, LYNDHURST, VA  22952, and that the Attorney for the Debtors has been notified electronically by ECF .

/s/ Herbert L. Beskin
Herbert L. Beskin Chapter 13 Trustee
P.O. Box 2103
Charlottesville, VA  22902
Ph: 434-817-9913; Email: ch13staff@ntelos.net

Herbert L. Beskin
Chapter 13 Trustee
P.O. Box 2103
Charlottesville, VA  22902
Ph: 434-817-9913; Email: ch13staff@ntelos.net