**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| **In re: Michael Vincent Taylor** | **CHAPTER 13** |
|---|---|
| **Michelle Lynn Taylor** | |
| | **CASE NO. 14-50170** |
| **Debtor(s)** | |

### OBJECTION TO CLAIM(S); ORDER AND NOTICE OF OPPORTUNITY FOR HEARING

The undersigned movant objects to the following claims for the reasons stated:

| CLAIM NO. | NAME AND ADDRESS OF CLAIMANT | AMOUNT | OBJECTIONS |
|---|---|---|---|
| 9 | Augusta Health<br>P.O. Box 1000<br>Fishersville, Virginia 22939 | $25,206.18 | All but $11,489.50 of Claim 9 is time barred (See Va. Code Section 8.01-246(2.) |

WHEREFORE, the undersigned prays that the Court, after notice and an opportunity for hearing, sustain the objection(s) or make other determination as is appropriate.

DATED: November 21, 2014                                    /s/ David L. Meeks
                                                            MOVANT (and address)
                                                            118 MacTanly Place
                                                            Staunton, Virginia 24401

---

It appearing to the Court proper so to do, it is ORDERED that claimants shall have thirty (30) days from the date of service of this order to file with the United States Bankruptcy Court at the address shown below, and serve upon the Movant at the address given above and the trustee, if the trustee is not the Movant, a written response to said objection(s), and, absent same, claimant shall be in default and the Movant may tender an Order sustaining the objection without further notice or hearing.

If claimant timely files a response to the Movant's objections and requests a hearing upon same, a hearing shall be held in the United States Bankruptcy Courtroom, 116 N. Main Street, Harrisonburg, Virginia, on January 7, at 9:30 o'clock, A.M. upon the Movant's objection to claim and claimants response thereto. The claimant must be present in person, or represented by counsel at said hearing.

The Movant shall serve a copy of this order, within seven (7) days of the date of this order, upon all claimants and certify service in writing to the Court.

**DATED: 11/25/2014**                                       _Rebecca B Connelly_
                                                            **UNITED STATES BANKRUPTCY JUDGE**

---

---I hereby certify that I have this date mailed a true copy of the foregoing objection and order to all claimants, or to their counsel, to the trustee, and to counsel for the debtor(s) in this case.

DATED: _____                              _____
                                                            MOVANT

Clerk, U.S. Bankruptcy Court
116 N Main St., Room 223 Harrisonburg, VA 22802